UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff,

                                MEMORANDUM AND ORDER

    -against-                      05 CR 613 (ILG)

KENNETH E. MAHAFFY, JR., et al.,

        Defendants.
-----------------------------------------------x

GLASSER, United States District Judge:


      The defendants have moved this Court to exercise its discretion pursuant to Rule 24(b) and grant them peremptory challenges in addition to the ten provided by the Rule and with their consent grant the government peremptory challenges in addition to the six provided by the Rule.

      The seven defendants will be given four additional peremptory challenges for a total of 14, and the government will be given two more for a total of 8. The manner and order in which those challenges will be exercised will be discussed with counsel before jury selection begins.

      SO ORDERED.

Dated:      Brooklyn, New York
             March 14, 2007


                                _____S/_____
                                I. Leo Glasser