**SERCARZ & RIOPELLE, LLP**

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

DIANE FERRONE
*ADMITTED IN NY & NJ

August 10, 2012

<u>BY ECF</u>

Hon. John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: <u>*United States v. Mahaffy, et al.*</u>,
     *Cr. No. 05-0613 (JG)*

Dear Judge Gleeson:

    I write on behalf of Defendant Robert Malin.  As the Court may recall, I represented Mr. Malin at the trial and sentencing before Your Honor, after being appointed by Judge Weinstein to do so pursuant to the Criminal Justice Act.  I did not represent Mr. Malin in connection with his appeal, because his family retained counsel for that purpose.  I am informed that the Circuit has issued an opinion vacating Mr. Malin's conviction, and remanding his case to the District Court for further proceedings.

    I write to the Court at this juncture because Mr. Malin has asked me to continue to represent him pursuant to the Criminal Justice Act.  He informs me that he has no funds to retain an attorney, and he has filled out the enclosed CJA Affidavit stating that he does not have any funds to retain counsel.  At this point, I do not know if I am still appointed to represent Mr. Malin in the District Court pursuant to Judge Weinstein's original order appointing me, but, given Mr. Malin's desire for me to continue to represent him, I am certainly willing to do so.  Therefore, I respectfully request that the Court enter an order continuing my appointment as Mr. Malin's counsel, or re-appointing me to represent Mr. Malin, if the Court is willing to do so.

1

SERCARZ & RIOPELLE, LLP

      I am, of course, available to appear before Your Honor to discuss this application at any mutually convenient time.

Respectfully submitted,

Roland G. Riopelle

Cc: All Counsel (By ECF)

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☑ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ V.S. Mahaffy _____

LOCATION NUMBER: ▶ _____

**PERSON REPRESENTED** (Show your full name)

▶ Robert F. Malin

- ☑ 1 Defendant—Adult
- ☐ 2 Defendant - Juvenile
- ☐ 3 Appellant
- ☐ 4 Probation Violator
- ☐ 5 Parole Violator
- ☐ 6 Habeas Petitioner
- ☐ 7 2255 Petitioner
- ☐ 8 Material Witness
- ☐ 9 Other

DOCKET NUMBERS:
- Magistrate: _____
- District Court: ▶ _____
- Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box ▶): ☑ Felony ☐ Misdemeanor

**18 USC s. 1349**

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ _____  SOURCES _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 77.84

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT — VALUE _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☐ MARRIED
  - ☐ WIDOWED
  - ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: 0

**DEBTS & MONTHLY BILLS** (List all creditors, including banks, loan companies, charge accounts, etc.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| AMERICAN EXPRESS | $35000 | $0.00 |
| CITI BANK | $6,000 | $0.00 |
| ERIC STEINBERG | $1,200,000 | $0.00 |
| Lauren Muss (ex wife) | $300,000 | $0.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/4/12

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *RFMal*

Generated by CamScanner from intsig.com